# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: Joseph Rey Valle § Case No. 22-40888
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/12/2022. The undersigned trustee was appointed on 09/12/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 37,215.79

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 13.41 |
   | Bank service fees | 353.86 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $ 36,848.52 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/15/2022 and the deadline for filing governmental claims was 03/11/2023.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,800.08.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,800.08, for a total compensation of $1,800.08.[2]  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $24.93, for total expenses of $24.93.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  06/07/2023                    By:  /s/ Paul J Mansdorf
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

| Case Number: | 22-40888 CN | Trustee: | Paul J Mansdorf |
|---|---|---|---|
| Case Name: | Joseph Rey Valle | Filed (f) or Converted (c): | 09/12/22 (f) |
| | | §341(a) Meeting Date: | 10/19/22 |
| Period Ending: | 06/07/23 | Claims Bar Date: | 12/15/22 |

| 1 Ref # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 4578 Martin St. Union City CA 94587-0000 Alameda county Real property purchased under an Affordable Home Buyer Program through the City of Union City. There is a maximum sales covenant. | 297,368.00 | 0.00 | | 0.00 | FA |
| 2 | Toyota Corolla LE 2011 137,000 miles Amended C filed - Estate discussed likely objection to amended C. Debtor and estate agreed to $3000 purchase for estate's right title and interest in vehicle not subject to any claim of exemption. | 5,000.00 | 0.00 | | 3,000.00 | FA |
| 3 | Toyota Corolla LE 2013 Over 150,000 miles Amended C | 6,000.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics | 750.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes | 1,200.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 800.00 | 0.00 | | 0.00 | FA |
| 8 | Three dogs | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Checking and savings Bank of America | 5,161.00 | 0.00 | | 0.00 | FA |
| 10 | Mutual Funds - T. Rowe Price | 38,118.15 | 38,118.15 | | 34,215.79 | FA |
| 11 | Roth IRA - T. Rowe Price | 17,000.00 | 0.00 | | 0.00 | FA |
| 12 | 403(b) - MetLife | 7,979.74 | 0.00 | | 0.00 | FA |
| 13 | Whole Life Ins. - American Fidelity | 2,754.00 | 0.00 | | 0.00 | FA |
| 14 | Whole Life Ins. - American Fidelity - Owned by Spouse of Debtor | 1,029.00 | 0.00 | | 0.00 | FA |
| 15 | Term life insurance with employer | 0.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$385,659.89** | **$38,118.15** | | **$37,215.79** | **$0.00** |

**Major activities affecting case closing:**

<1/11/2023, 1:44:46 PM - PM-217> awaiting government claims bar, then TFR <4/7/2023, 1:28:14 PM - PM-217> awaiting possible tardy claim

**Initial Projected Date of Final Report (TFR):** June 30, 2023     **Current Projected Date of Final Report (TFR):** April 17, 2023 (Actual)

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 22-40888 CN | Trustee: | Paul J Mansdorf |
|---|---|---|---|
| Case Name: | Joseph Rey Valle | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******8349 - Checking |
| Taxpayer ID#: | **-***0454 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/07/23 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/22 | Asset #10 | Joe Rey Valle, Shannon Valle | T Rowe Price funds turnover | 1129-000 | 34,215.79 | | 34,215.79 |
| 10/18/22 | Asset #2 | Joseph Valle | Vehicle payment | 1129-000 | 3,000.00 | | 37,215.79 |
| 10/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 48.68 | 37,167.11 |
| 11/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 60.40 | 37,106.71 |
| 12/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 60.30 | 37,046.41 |
| 01/13/23 | 1001 | International Sureties, LTD | Bond #016048574 | 2300-000 | | 13.41 | 37,033.00 |
| 01/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 60.19 | 36,972.81 |
| 02/28/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 62.31 | 36,910.50 |
| 03/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 61.98 | 36,848.52 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 37,215.79 | 367.27 | $36,848.52 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 37,215.79 | 367.27 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$37,215.79** | **$367.27** | |

# Form 2
## Cash Receipts and Disbursements Record

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8349** | 37,215.79 | 367.27 | 36,848.52 |
| | $37,215.79 | $367.27 | $36,848.52 |

# Exhibit C
# Claims Register
## Case: 22-40888-CN    Joseph Rey Valle

Total Proposed Payment: $36,848.52      Claims Bar Date: 12/15/22

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
|  | Paul J Mansdorf<br>1569 Solano Ave.<br>#703<br>Berkeley, CA 94707<br>2100-00   Trustee Compensation, 200 | Admin Ch. 7<br>10/05/22 |  | $1,800.08<br>$1,800.08 | $0.00<br>$1,800.08 | $1,800.08 |
|  | Paul J Mansdorf<br>1569 Solano Ave.<br>#703<br>Berkeley, CA 94707<br>2200-00   Trustee Expenses, 200 | Admin Ch. 7<br>10/19/22 |  | $24.93<br>$24.93 | $0.00<br>$24.93 | $24.93 |
| 1 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>5800-00   Claims of Governmental Units, 570 | Priority<br>01/04/23 | Amended | $745.67<br>$745.67 | $0.00<br>$745.67 | $745.67 |
| 1 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>7300-00   Fines, Penalties § 726(a)(4), 630 | Unsecured<br>01/04/23 | Amended | $435.00<br>$435.00 | $0.00<br>$435.00 | $435.00 |
| 1-I | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>7990-00   Surplus Cases Interest on Unsecured Claims (including priority), 640 | Unsecured<br>06/07/23 |  | $42.15<br>$42.15 | $0.00<br>$42.15 | $42.15 |
| 2 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>12/23/22 | Amended | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 2 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952<br>5800-00   Claims of Governmental Units, 570 | Priority<br>12/23/22 | Amended | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 3 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>10/25/22 |  | $3,437.71<br>$3,437.71 | $0.00<br>$3,437.71 | $3,437.71 |
| 3-I | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>7990-00   Surplus Cases Interest on Unsecured Claims (including priority), 640 | Unsecured<br>06/07/23 |  | $122.74<br>$122.74 | $0.00<br>$122.74 | $122.74 |
| 4 | Bank of America N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033<br>7200-00   Tardy General Unsecured § 726(a)(3), 620 | Unsecured<br>03/21/23 |  | $3,403.67<br>$3,403.67 | $0.00<br>$3,403.67 | $3,403.67 |

# Exhibit C
# Claims Register
### Case: 22-40888-CN    Joseph Rey Valle

Total Proposed Payment: $36,848.52          Claims Bar Date: 12/15/22

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 4-I | Bank of America N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Unsecured<br>06/07/23 | | $121.53<br>$121.53 | $0.00<br>$121.53 | $121.53 |
| | 7990-00    Surplus Cases Interest on Unsecured Claims (including priority), 640 | | | | | |
| SURPLUS | Joseph Rey Valle<br>4578 Martin St.<br><br>Union City, CA 94587 | Unsecured<br>06/07/23 | | $26,715.04<br>$26,715.04 | $0.00<br>$26,715.04 | $26,715.04 |
| | 8200-00    Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part), 650 | | | | | |
| | | | **Case Total:** | **$36,848.52** | **$0.00** | **$36,848.52** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:     22-40888-CN
Case Name:    Joseph Rey Valle
Trustee Name: Paul J Mansdorf

**Balance on hand:**                                       $       36,848.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | NONE | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                        $     36,848.52

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Paul J Mansdorf | 1,800.08 | 0.00 | 1,800.08 |
| Trustee, Expenses - Paul J Mansdorf | 24.93 | 0.00 | 24.93 |

Total to be paid for chapter 7 administration expenses:    $       1,825.01
Remaining balance:                                         $      35,023.51

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | NONE | | |

Total to be paid for prior chapter administration expenses:    $          0.00
Remaining balance:                                             $     35,023.51

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $745.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 745.67 | 0.00 | 745.67 |
| 2 | FRANCHISE TAX BOARD | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:    $        745.67

**UST Form 101-7-TFR (05/1/2011)**

|  |  | Remaining balance: | $ | 34,277.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,437.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | FRANCHISE TAX BOARD | 0.00 | 0.00 | 0.00 |
| 3 | American Express National Bank | 3,437.71 | 0.00 | 3,437.71 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,437.71 |
| Remaining balance: | $ | 30,840.13 |

Tardily filed claims of general (unsecured) creditors totaling $3,403.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Bank of America N.A. | 3,403.67 | 0.00 | 3,403.67 |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 3,403.67 |
| Remaining balance: | $ | 27,436.46 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $435.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 435.00 | 0.00 | 435.00 |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 435.00 |
| Remaining balance: | $ | 27,001.46 |

**UST Form 101-7-TFR (05/1/2011)**

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 3.62% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $286.42. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $26,715.04.