Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Joseph Rey Valle<br>aka Joe Rey Valle<br>Debtor(s) | Case No.: 22–40888 CN 7<br><br>Chapter: 7 |
|---|---|---|

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Paul Mansdorf is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 8/16/23

By the Court:

Charles Novack
United States Bankruptcy Judge