# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 8/16/2023 |
| Case: 22–40888 | Form ID: FIND | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
tr     Paul Mansdorf     paul@mansdorftrustee.com
aty     Jake Cline     jake@maxcline.com

                                                                                   TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Joseph Rey Valle     4578 Martin St.     Union City, CA 94587

                                                                                   TOTAL: 1